UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -against-

JOSE BERNARDO DEL ROSARIO,

                                   Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20mg12416

Defendant __Jose Bernardo Del Rosario__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


__/s/ Jose Del Rosario__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Jose Del Rosario__
Print Defendant's Name

_____
Defendant's Counsel's Signature

Jason Ser
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__11/20/2020__
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge